AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 11 MAR '19 15:20 USDC-ORP

U.S. MARSHALS SERVICE
FEB 21 '19 12:53PM

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRIAN SCOTT MURRAY | ) | Case No. 3-19-mj-34 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRIAN SCOTT MURRAY ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Depredation of Government Property in violation of 18 USC s 1361

Date: 2/21/2019

City and state: Portland, OR

*Issuing officer's signature*

Hon. Jolie A. Russo
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 2/27/2019
ARRESTED BY FPS

Date: _____

U.S. MARSHAL

*Arresting officer's signature*

*Printed name and title*